IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD BURNETT,<br><br>    Plaintiff,<br><br>v.<br><br>ACUTEC PRECISION AEROSPACE, INC.,<br><br>    Defendant. | Case No. 1:22-cv-00359-CB |

## JOINT STIPULATION OF DISMISSAL

Plaintiff and Defendant, by and through their undersigned counsel, hereby dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, each party shall bear their own attorneys' fees and costs unless otherwise agreed by the parties in writing.

Dated this 3rd day of July 2023.

                    Respectfully submitted,

/s/ Robert A. Bracken        /s/ Jeffrey K. Millin
Robert A. Bracken, Esquire      Jeffrey K. Millin, Esquire
*Attorney for Plaintiff*         *Attorney for Defendant*

                    /s/ Thomas H. May
                    Thomas H. May, Esquire
                    *Attorney for Defendant*